PRISONER CASE



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**Plaintiff(s):** RONNIE L. MCATEE a/k/a RICKEY L. STEVENSON

**Defendant(s):** THOMAS J. DART, etc., et al.

**County of Residence:** RANDOLPH

**County of Residence:**

**Plaintiff's Address:**

Ronnie L McAtee
#B-36520
Menard - MND
P.O. Box 711
Menard, IL 62259

**Defendant's Attorney:**

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties** (Diversity Cases O

Plaintiff:

Defendant:

08CV3472
JUDGE LEINENWEBER
MAGISTRATE JUDGE NOLAN

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes  [ ] No

**Signature:** A.E. Woodham   **Date:** 06/17/2008

Leinenweber  00C169
Nolan

FILED
JUN 17 2008 TC
Jun 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT