7/10/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
JUN 17 2008
Jun 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Ronnie L. McAtee, A.K.A
Rickey L. Stevenson, ID 2007-0069907
_____
Plaintiff

v.

Thomas J. Dart
_____
Defendant(s)

08CV3472
JUDGE LEINENWEBER
MAGISTRATE JUDGE NOLAN

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:
I, Ronnie L. McAtee, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?      ☒Yes      ☐No   (If "No," go to Question 2)
   I.D. # 2007-0069907 _____ Name of prison or jail: _____
   Do you receive any payment from the institution? ☐Yes ☒No  Monthly amount: _____

2. Are you currently employed?      ☐Yes      ☒No
   Monthly salary or wages: N/A
   Name and address of employer: N/A

   a. If the answer is "No":
      Date of last employment: N/A
      Monthly salary or wages: _____
      Name and address of last employer: _____

   b. Are you married?      ☐Yes      ☒No
      Spouse's monthly salary or wages: N/A
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages                                      ☐Yes   ☒No
      Amount N/A  Received by N/A

b. ☐ Business, ☐ profession or ☐ other self-employment.    ☐Yes    ☒No
Amount____N/A_____Received by____N/A_____

c. ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
Amount____N/A_____Received by____N/A_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
    ☐Yes    ☒No
Amount____N/A_____Received by____N/A_____

e. ☐ Gifts or ☐ inheritances    ☐Yes    ☒No
Amount____N/A_____Received by____N/A_____

f. ☐Any other sources (state source:____N/A____)    ☐Yes    ☒No
Amount____N/A_____Received by____N/A_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?    ☐Yes    ☒No    Total amount:_____
In whose name held:____N/A_____ Relationship to you:____N/A____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
Property:____N/A_____ Current Value:____N/A____
In whose name held:____N/A_____ Relationship to you:____N/A____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
Address of property:____N/A_____
Type of property:____N/A____ Current value:____N/A____
In whose name held:____N/A____ Relationship to you:____N/A____
Amount of monthly mortgage or loan payments:____N/A____
Name of person making payments:____N/A____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
    ☐Yes    ☒No
Property:____N/A_____
Current value:____N/A_____
In whose name held:____N/A____ Relationship to you:____N/A____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
____N/A____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: ▬▬▬▬▬▬

_____
Signature of Applicant

Ronnie L. McAtee
(Print Name)

A.K.A Rickey L. Stevenson I'D #20070069907

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Rickey Stevenson, I.D.# 20070069907, has the sum of $ 0.00 on account to his/her credit at (name of institution) Cook County Jail. I further certify that the applicant has the following securities to his/her credit: ———————. I further certify that during the past six months the applicant's average monthly deposit was $ 0.00. (Add all deposits from all sources and then <u>divide</u> by number of months).

4/24/08
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

Brian Carey
(Print name)

rev. 7/18/02

-3-





IN THE
<u>U.S District Court</u>
<u>Northern District Illinois</u>

<u>Rickey L. Stevenson</u> )
Plaintiff, )
)
v. )   Case No. _____
)
<u>Thomas J. Dart</u> )
Defendant )

## PROOF/CERTIFICATE OF SERVICE

TO: <u>Michael Dobbins</u>            TO: _____
<u>Clerk of Court</u>                    _____
<u>219 S. Dearborn, Str</u>             _____
<u>Chic Ill  60604</u>                  _____

TO: _____                        TO: _____

PLEASE TAKE NOTICE that on <u>June 12th</u>, 200<u>8</u>, I have placed the documents listed below in the institutional mail at <u>Menard</u> Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: <u>Civil Rights Complaint</u>
<u>Motion to Proceed under Imminent Danger</u>
<u>And Motion to proceed in Forma Pauperis</u>

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: <u>6/12/08</u>

/s/ <u>Rickey Stevenson</u>
NAME: <u>Rickey L. Stevenson</u>
IDOC#: <u>B-36530</u>
<u>Menard</u> Correctional Center
P.O. BOX <u>711</u>
<u>Menard</u>, IL <u>62259</u>

Revised February 2005