July 4th, 2008

To: Michael W. Dobbins
Clerk of the Court

**FILED**
JUL 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

From: Mr. Ronnie L. McAtee, A.K.A
Rickey L. Stevenson
Reg. No.# B-34520
P.O. Box 0711
Menard, Illinois 62259-0711

In Re: McAtee (A.K.A. Stevenson) -vs- Dart, etc., et al.
Case No.# 2008-C-3472
The Hon: Harry D. Leinenweber

Sub: Request Alias Name Rickey L. Stevenson to be combined on All Letters, Motions, Orders and Court Mailing Envelope Stickers.

Dear Mr. Dobbins,

I am writing to you and requesting that your office add my alias name Rickey L. Stevenson that I am currently incarcerated under at Menard C.C. to be combined with my real name Ronnie L. McAtee on all letters, motion-orders and Court mailing envelope stickers etc., to insure that I recieve all my court mail.

That it would make it much easier for me to recieve my mail because the Menard C.C.

Mail Room Clerk on Known My Name as being Rickey L. Stevenson, under Reg. No. #B-36520 as Menard officials have it in the Computer.

So, please instruct all subordinate clerks under authority to make the necessary changes to all future pleadings bearing the following:

Ronnie L. McAtee, A.K.A
Rickey L. Stevenson
Reg. No. B-36520
P.O. Box 0711
Menard, Illinois 62259

Thank you in advance for any consideration you give my Letter of Requests.

Respectfully Submitted!!!

*[signature: Ronnie J. McAtee]*

A.K.A *[signature: Rickey J. Stevenson]*